**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION**

| | |
|---|---|
| MILWAUKEE CASUALTY INSURANCE COMPANY, ) ) ) | |
| Plaintiff, ) ) | Case No.: 18-cv-01326 |
| v. ) ) | The Honorable Gary Feinerman |
| S & V PROPERTY, LLC, ) ) | |
| Defendant. ) | |

**NOTICE OF VOLUNTARY DISMISSAL OF THIS ACTION WITHOUT PREJUDICE**

NOW COMES Plaintiff, Milford Casualty Insurance Company f/k/a Milwaukee Casualty Insurance Company, by and through its attorneys, and pursuant to F.R.C.P. 41(a)(1)(A)(i), herein provides notice that it is voluntarily dismissing this action without prejudice.

　　　　　　　　　　　　　　　　　　　　*/s/ Kevin M. Lougachi*
　　　　　　　　　　　　　　　　　　　　Kevin M. Lougachi
　　　　　　　　　　　　　　　　　　　　KARBAL, COHEN, ECONOMOU, SILK & DUNNE, LLC
　　　　　　　　　　　　　　　　　　　　150 South Wacker Drive, Suite 1700
　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60606
　　　　　　　　　　　　　　　　　　　　Tel: 312.431.3700
　　　　　　　　　　　　　　　　　　　　Fax: 312.431.3670
　　　　　　　　　　　　　　　　　　　　klougachi@karballaw.com
　　　　　　　　　　　　　　　　　　　　*Attorneys for Milwaukee Casualty
　　　　　　　　　　　　　　　　　　　　Insurance Company*